DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIANE S. DEMOS** and
**JAMES P. DEMOS, P.A.,**
Appellants,

v.

**JAMES M. HOFFER** and
**CHANSOPHONNAIR O. HOFFER,**
Appellees.

No. 4D16-3950

[January 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE 13-019285 (18).

Oscar Syger of Law Offices of Oscar Syger, P.A., Pembroke Pines, for appellants.

Christopher D. Hale of Christopher D. Hale, P.A, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***